Jonathan Sternberg, Kasnas City, MO, for appellant.

James C. Morrow, Kansas City, MO, for respondent.

Before: MARK D. PFEIFFER, P.J., and THOMAS H. NEWTON and ALOK AHUJA, JJ.

### ORDER

PER CURIAM:

Kevin and Kathy Kirkpatrick sued William and Margaret Huff for violation of restrictive covenants protecting the Kirkpatricks' view of the Lake of the Ozarks from their lakefront residential property in Gravois Mills. They sought both injunctive relief in the form of removal of the offending portions of the Huffs' neighboring home, as well as damages. The circuit court entered judgment for the Huffs following a bench trial, finding that the Huffs' newly-constructed home did not violate the relevant restrictive covenants. The Kirkpatricks appeal. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).

**J.W., Appellant,**

v.

**E.S., Respondent.**

**No. ED 94921.**

Missouri Court of Appeals, Eastern District, Division Three.

Aug. 30, 2011.

Application for Transfer to Supreme Court Denied Oct. 11, 2011.

Application for Transfer Denied Dec. 6, 2011.

Gary E. Brotherton, Columbia, MO, for Appellant.

Diane C. Howard, Cape Girardeau, MO, for Respondent.

Before ROBERT G. DOWD, JR. P.J. and MARY K. HOFF and SHERRI B. SULLIVAN, JJ.

### ORDER

PER CURIAM.

J.W. ("Father") appeals from the judgment requiring him to pay child support to E.S. Father asserts the trial court erred in imputing monthly income to Father in the amount of $4,416 and in not using a 34 percent adjustment with the equal division of custody.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating principles of law would have no precedential value. The parties have been furnished with a memorandum for their

information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).

**Omari JONES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 95175.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 30, 2011.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 20, 2011.

Application for Transfer Denied
Dec. 6, 2011.

Andrew E. Zleit, Assistant Public Defender, St. Louis, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before PATRICIA L. COHEN, P.J., LAWRENCE E. MOONEY, J., and GEORGE W. DRAPER III, J.

### ORDER

PER CURIAM.

Omari Jones (Movant) appeals the judgment of the Circuit Court of St. Louis County denying his amended Rule 24.035 motion. Movant argues that the motion court clearly erred in denying his claim that an insufficient factual basis existed for the plea court to accept his *Alford* plea.

We have reviewed the briefs of the parties and the record on appeal and find the motion court's decision was not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).

**Heather LEEPER n/k/a Heather Haiar, and Hillary Woods, Plaintiffs–Respondents,**

v.

**SCORPIO SUPPLY IV, LLC, d/b/a NAPA Auto Parts of Joplin, Scorpio Supply III, LLC, d/b/a NAPA Auto Parts of Monett, and James Entrikin, Defendants,**

**and**

**Alvin Briscoe, Defendant–Appellant.**

**No. SD 29686.**

Missouri Court of Appeals,
Southern District,
Division One.

Sept. 2, 2011.

Motion for Rehearing or Reconsideration and Transfer Denied Sept. 26, 2011.

Application for Transfer Denied
Dec. 6, 2011.